IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL KILLEEN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:10cv755-MHT |
| | ) | (WO) |
| COFFEE COUNTY SHERIFF | ) | |
| BEN MOATES, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

OPINION

By order entered on January 27, 2011, this court wrote:

> "Plaintiff [Michael Killeen] is given until February 18, 2011 to either file an amended complaint against the proper parties or voluntarily dismiss his action pursuant to Fed.R.Civ.P.41. Otherwise, this Court will dismiss this action pursuant to Federal Rule of Civil Procedure 4(m) for failure to properly serve defendants.

Killen has filed nothing in response to this order. This case is therefore due to be dismissed, albeit without prejudice.

An appropriate judgment will be entered.

DONE, this the 7th day of March, 2011.

                                                      /s/ Myron H. Thompson  
                                          UNITED STATES DISTRICT JUDGE